## FRANK BAILY v. THE STATE.

No. 9350. Delivered June 24, 1925.

**Selling Intoxicating Liquor—Sentence Reformed.**

No statement of facts nor bills of exception appear in this record. The sentence fails to fill the requirements of Art. 865a. C. C. P. and is reformed to authorize imprisonment of appellant in the penitentiary for not less than one year nor more than two years, and as thus reformed the judgment is affirmed.

Appeal from the District Court of Smith County. Tried below before the Hon. J. R. Warren, Judge.

Appeal from a conviction for selling intoxicating liquor; penalty, two years in the penitentiary.

*Gentry & Gentry,* for appellant.

*Tom Garrard,* State's Attorney, and *Grover C. Morris,* Assistant State's Attorney, for the State.

HAWKINS, JUDGE.—Conviction is for selling intoxicating liquor. Punishment, two years in the penitentiary.

The record contains neither bills of exception nor statement of facts. Nothing is presented for review.

We observe that the sentence fails to give appellant the benefit of the indeterminate feature provided for in Art. 865a, C. C. P., It will be reformed to authorize imprisonment of appellant in the penitentiary not less than one year nor more than two years. As thus reformed, the judgment is affirmed.

*Affirmed.*